UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-50199 |
| Plaintiff - Appellee, | D.C. No. 3:09-cr-02583-IEG-1 |
| v. | Southern District of California, San Diego |
| JAIME LUJAN-ALCALA, | |
| Defendant - Appellant. | ORDER |

Before: HAWKINS and FISHER, Circuit Judges, and WOLF, Chief District Judge.[*]

The Government's Unopposed Motion to Unseal Memorandum Disposition is

GRANTED.

---

[*] The Honorable Mark L. Wolf, Chief United States District Judge for the District of Massachusetts, sitting by designation.